Exhibit "4"
Stipulation of Dismissal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL.,<br><br>Plaintiffs,<br><br>-against-<br><br>PRISTINE RX CORP., ET AL.,<br><br>Defendants. | 24-cv-6585 (JS)(SIL)<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO PRISTINE RX CORP. AND MARGARITA BABADZHANOVA |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1.    Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Pristine RX Corp. and Margarita Babadzhanova ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2.    Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3.    This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

1

Dated: New York, New York
      March 18, 2025

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**


By:_____
    Robert A. Stern, Esq.
    James A. McKenney, Esq.
    Lee Pinzow, Esq.
    100 Wall Street, Suite 700
    New York, New York 10005
    *Counsel for Plaintiffs Allstate Insurance Company,*
    *Allstate Fire and Casualty Insurance Company,*
    *Allstate Indemnity Company and Allstate Property*
    *and Casualty Insurance Company*



**GARY TSIRELMAN, PC**


By:_____
    Austen O. Ugweches, Esq.
    129 Livingston Street, 2nd Fl.
    Brooklyn, New York 11201
    *Counsel for Pristine RX Corp.*
    *and Margarita Babadzhanova*


SO ORDERED.
The Clerk of Court is directed to mark this case CLOSED.


Dated: March 19, 2025                   /s/ JOANNA SEYBERT
Central Islip, New York        Hon. Joanna Seybert, U.S.D.J.